UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

File No. 5:13-CR-00020-2-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHERIE SNEAD, | ) | |
| Defendant. | ) | |

THIS MATTER coming on to be heard and being heard before the undersigned District Court Judge, presiding over the District Court for the Eastern District of North Carolina, Western Division, upon Motion of the Defendant represented by appointed counsel, Jacob P. Warner, to seal her Sentencing Memorandum filed in the above-captioned matter on August 28, 2014 and it appearing to the Court that the request is proper in its discretion.

IT IS THEREFORE ORDERED ADJUDGED and DECREED that the Defendant's Sentencing Memorandum [DE #194] filed August 28, 2014, be sealed.

Entered this 2nd day of September 2014.

_____
Malcolm J. Howard
Senior United States District Court Judge